**STATE of Missouri, Respondent,**

v.

**Robert L. SINGLETON, Appellant.**

**No. WD 63810.**

Missouri Court of Appeals, Western District.

Feb. 22, 2005.

Margaret M. Johnston, Columbia, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before PAUL M. SPINDEN, P.J., VICTOR C. HOWARD and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Mr. Robert L. Singleton was charged with two counts of delivery of a controlled substance, under section 195.211, RSMo. (2000). He was convicted of one of the charges.

For the reasons set forth in the memorandum provided to the parties, we affirm the judgment of conviction. Rule 30.25(b).